■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILEMONE FILS-AMIE, Appellant. [738 NYS2d 342] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered July 8, 1999, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 20 years to life, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Defendant's homicidal

intent could be reasonably inferred from his conduct and the surrounding circumstances (*see, People v Bracey*, 41 NY2d 296), including defendant's infliction of a stab wound to the victim's back in the vicinity of vital organs (*see, People v Suero*, 235 AD2d 357, *lv denied* 89 NY2d 1101; *People v Jamison*, 173 AD2d 341, *lv denied* 78 NY2d 955), and his actions before and after the incident. We perceive no basis for a reduction of sentence. Concur—Tom, J.P., Andrias, Saxe, Wallach and Rubin, JJ.